Dismissed and Memorandum Opinion filed April 24, 2008








Dismissed
and Memorandum Opinion filed April 24, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00914-CV

____________

 

M. D. BALAKRISHNA, Appellant

 

V.

 

ARATHI NARAYAN, Appellee

 



 

On Appeal from the
Probate Court No. 1

Harris County,
Texas

Trial Court Cause
No. 359626-401

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 26, 2007.  On April 10, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April
24, 2008.

Panel consists of Justices Yates, Anderson, and Brown.